IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-MJ-1064-KS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARTEL D. MASSIE, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to correct his sentence pursuant to Rule 35(a). Defendant asserts that it is his belief that the $2,000 fine imposed in this case was the result of a technical error, the court instead having intended to impose a $1,000 fine.

The court has reviewed the record of the proceedings in this case and finds no reason to believe that the judgment imposed was the result of any technical or clerical error. Accordingly, Defendant's motion to correct his sentence [DE #17] is DENIED.

This 3rd day of September 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge